40120. GUARANTEE RESERVE LIFE INSURANCE COMPANY OF HAMMOND v. NORRIS.

NICHOLS, Presiding Judge. The judgment of this court in *Guarantee Reserve Life Ins. Co. of Hammond v. Norris*, 108 Ga. App. 45 (132 SE2d 128), affirming the judgment of the trial court, having been reversed by the Supreme Court of Georgia on certiorari, *Guarantee Reserve Life Ins. Co. of Hammond v. Norris*, 219 Ga. 573, the judgment of this court is vacated and the judgment of the trial court overruling the defendant's motion for a judgment notwithstanding the verdict in accordance with its motion for a directed verdict is reversed in accordance with the opinion of the Supreme Court with direction that the trial court render a judgment notwithstanding the verdict in accordance with the defendant's motion.

*Judgment reversed with direction. Frankum and Jordan, JJ., concur.*

DECIDED JANUARY 28, 1964.

J. Cecil Davis, E. Purnell Davis, Fulcher, Fulcher, Hagler & Harper, W. M. Fulcher, for plaintiff in error.
Kenneth Goolsby, Randall Evans, Jr., contra.